UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Andrew Ilvento, Jr.,
    *Plaintiff*,

    *v.*
Mercantile Adjustment Bureau LLC.
    *Defendant*.

Civil No. 3:14cv296(JAM)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before October 24, 2014

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before October 24, 2014.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

    The Clerk is directed to close this case.

                                      IT IS SO ORDERED

                                      /s/ Jeffrey Alker Meyer, U.S.D.J.
                                      Jeffrey Alker Meyer
                                      United States District Judge

**Dated at New Haven, Connecticut:   September 24, 2014**